IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SERGIO MAYA TORRES, | * |
| Petitioner, | * |
| v. | * Case No. 1:25-cv-03961-MJM |
| NIKITA BAKER, *et al.*, | * |
| Respondents. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION AND ORDER

Petitioner, by his counsel, and Respondents, by their counsel, (collectively "the parties") hereby stipulate and agree as follows:

On December 3, 2025, Petitioner Sergio Maya Torres filed an Amended Petition for Writ of Habeas Corpus. ECF No. 4. On December 5, 2025, the Court held a teleconference with the parties and set a briefing schedule for the Amended Petition. ECF No. 10. Since the teleconference, the parties have met and conferred and are in agreement that: (i) Petitioner's detention is discretionary pursuant to 8 U.S.C. § 1226, not 8 U.S.C. § 1225; and that (ii) pursuant to 8 U.S.C. § 1226 and 8 C.F.R. § 236.1(d), Petitioner is entitled to a bond hearing under 8 U.S.C. § 1226(a) with an immigration judge considering the application for bond under the factors of *Matter of Guerra*, 24 I. & N. Dec. 37 (BIA 2006). In light of the parties' agreement, it is hereby **ORDERED**:

That briefing in this matter is **STAYED** while Petitioner pursues a bond hearing in the Immigration Court; and

That the parties **SHALL FILE** a Joint Status Report on or before December 15, 2025

2

addressing the status of the bond hearing issue. If appropriate, the parties shall also include a proposed schedule for further proceedings in the Joint Status Report.

This Order is without prejudice to Petitioner's entitlement to seek a bond hearing before an Immigration Judge and to pursue subsequent relief as he sees fit.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By:   /s/ S. Nicole Nardone
S. Nicole Nardone
Assistant United States Attorney
U.S. Attorney's Office, District of Maryland
36 S. Charles Street, Suite 400
Baltimore, Maryland  21201
Telephone: (410) 209-4800
Nicole.Nardone@usdoj.gov
*Counsel for Respondents*

//S// Zachary Abraham Kohn
Zachary Abraham Kohn
*Counsel for Petitioner*
Haynes Novick Kohn Immigration 2001
S Street NW, Ste. 550
Washington, D.C. 20009
Phone: 202-677-7797
Fax: 202-293-6230
*Counsel for Petitioner*

IT IS SO ORDERED:

Date:   12/12/2025                          /S/
                                    Honorable Matthew J. Maddox
                                    United States District Judge