IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| SERGIO MAYA TORRES, | * | |
| Petitioner, | * | |
| v. | * | Civ. No.: MJM-25-3961 |
| NIKITA BAKER, *et al.*, | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \*

## ORDER

For reasons explained on the record during the hearing on January 20, 2026, it is by the United States District Court for the District of Maryland hereby ORDERED that:

1. Respondents' Motion to Dismiss (ECF 26) is GRANTED as to Count One of the second Amended Petition for Writ of Habeas Corpus;

2. Count One of the second Amended for Writ of Habeas Corpus (ECF 18) is DENIED;

3. Petitioner's Motion for a Temporary Restraining Order and Preliminary Injunction (ECF 19) is DENIED;

4. Petitioner's Motion to Permit Late Filing (ECF 27) is GRANTED nunc pro tunc;

5. Petitioner SHALL FILE a status report no later than **Friday, January 23, 2026,** to advise whether he intends to prosecute the remaining claims in the second Amended Petition or seek any further relief, and to propose a schedule for briefing any issues that remain in dispute, after conferring with counsel for Respondents;

It is so ORDERED this __20th__ day of January, 2026.

/S/
Matthew J. Maddox
United States District Judge