IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| SERGIO MAYA TORRES, | * |
| Petitioner, | * |
| v. | *   Civ. No.: MJM-25-3961 |
| JEREMY BACON, *et al.*, | * |
| Respondents. | * |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 26th day of February, 2026, by the United States District Court for the District of Maryland hereby:

ORDERED that petitioner Sergio Maya Torres's Motion for Declaratory Judgment is GRANTED in part; and it is further

ORDERED that the U.S. Department of Homeland Security PRECLUDED and ESTOPPED from arguing in any future proceedings that Sergio Maya Torres's detention is mandatory under 8 U.S.C. § 1225 and not discretionary under 8 U.S.C. § 1226; and it is further

ORDERED that the Clerk SHALL CLOSE this case.

___2/26/26_____
Date

_____
Matthew J. Maddox
United States District Judge